```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/07/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FRANKIE MONEGRO, *on behalf of himself and all others similarly situated,*

                      Plaintiff,

     -against-

AIR FORTE INC.,

                      Defendant.
-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**20-CV-6090 (ER)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

     This case has been referred to me for settlement purposes (docket no. 13).  A telephone conference will be held on **Monday, December 21, 2020 at 2:00 p.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

     SO ORDERED.

Dated: December 7, 2020
       New York, New York

                                         _____
                                         KATHARINE H. PARKER
                                         United States Magistrate Judge